UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA THOMPSON, an individual; DELMAS GRIFFIN, an individual; J.G., a minor by and through his guardian ad litem, NATASHA THOMPSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; DEPARTMENT OF CHILDREN AND FAMILY SERVICES; SANDI BROWN, an individual; SAMANTHA HURDADO, an individual; CAROLYN PYLES, an individual; S. RODARTE, an individual; ANGELA Y. LEE, an individual; JAMIE HEIN, an individual; ANGELICA THOMAS, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 18-03469-GW-RAOx<br>Honorable Judge George H. Wu<br><br>**JUDGMENT GRANTING DEFENDANT COUNTY OF LOS ANGELES' MOTION FOR ATTORNEYS FEES**<br><br>Original Hearing Date: April 22, 2019<br>Cont. Hearing Date: May 6, 2019<br>Courtroom: 9D |

/ / /

# JUDGMENT ON DEFENDANT COUNTY OF LOS ANGELES MOTION FOR ATTORNEYS FEES:

On March 25, 2019, the County of Los Angeles filed a Motion for Attorneys Fees related to the summary judgment entered by this Court in its favor on March 11, 2019. On July 22, 2019, the Court entered an order on the County's Motion for Attorneys Fees, GRANTING motion as to attorneys' fees on Plaintiffs' *Monell* cause of action. The Court therefore awards $5,859.50 to the COUNTY OF LOS ANGELES payable by PLAINTIFFS DELMAS GRIFFIN, NATASHA THOMPSON, AND J.G. (by and through his Guardian ad Litem NATASHA THOMPSON). The Court does not issue a ruling herein with respect to Defendants' Application to the Clerk to Tax Costs against Plaintiffs (*see* Docket No 128) and leaves the determination of its merits to the Clerk.

DATED: July 30, 2019

_____
HON. GEORGE H. WU,
United States District Judge